Ken M. Fitzgerald, State Bar No. 143019
Barbrae Lundberg, State Bar No. 231244
**Law Offices of Ken M. Fitzgerald**
3330 W. Mineral King Ave., Ste. H
Visalia, California  93291
Phone:  (559) 733-3733
Fax:  (559) 733-3987

Attorney for Plaintiffs, SARA SANCHEZ AND JESS SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-ooOoo-

| | |
|---|---|
| SARA SANCHEZ, an individual; and JESS SANCHEZ, an individual,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>JC PENNEY PROPERTIES, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO: 1:07-CV-00670-OWW-NEW (WMW)<br><br>**STIPULATION TO MOVE HEARING ON MOTION TO STRIKE PRAYER FOR PUNITIVE AND EXEMPLARY DAMAGES**<br><br>Date:  July 23, 2007<br>Time: 10:00 a.m.<br>Dept.: 3<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED AND AGREED** between the parties' respective attorneys, that the Motion to Strike Prayer for Punitive and Exemplary Damages currently scheduled to be heard on July 2, 2007, shall be moved to be heard on July 23, 2007 at 10:00 a.m.

Dated: June 19, 2007                              LAW OFFICES OF KEN M. FITZGERALD


　　　　　　　　　　　　　　　　　　　　　　 　/s/   Ken M. Fitzgerald_____
　　　　　　　　　　　　　　　　　　　　　　By: Ken M. Fitzgerald
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs,
　　　　　　　　　　　　　　　　　　　　　　SARA SANCHEZ and JESS SANCHEZ

-1-
STIPULATION TO MOVE HEARING ON MOTION TO STRIKE PRAYER FOR PUNITIVE AND
EXEMPLARY DAMAGES

PDF created with pdfFactory trial version www.pdffactory.com

Dated: _____       McCORMICK, BARSTOW, SHEPPARD,
                                WAYTE & CARRUTH

                                __/s/ Anthony N. DeMaria_____
                                By: Anthony N. DeMaria
                                Attorney for Defendant,
                                J.C. PENNEY PROPERTIES, INC.

### ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that the Motion to Strike Prayer for Punitive and Exemplary Damages currently scheduled to be heard on July 2, 2007, shall be moved to be heard on July 23, 2007 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: ___6/26/2007_____     __/s/ Oliver W. Wanger_____
                                 United States District Judge

-2-
STIPULATION TO MOVE HEARING ON MOTION TO STRIKE PRAYER FOR PUNITIVE AND EXEMPLARY DAMAGES

PDF created with pdfFactory trial version www.pdffactory.com