Anthony N. DeMaria, # 177894
Kirsten K. Corey, # 210339
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
JC PENNEY CORPORATION, INC. (Incorrectly
sued herein as J.C. PENNEY PROPERTIES, INC.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SANCHEZ, an individual, and JESS SANCHEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>J.C. PENNEY PROPERTIES, INC.,<br><br>Defendant. | Case No.  1:07-CV-00670-OWW-NEW (WMW)<br><br>**CONFIDENTIALITY AND TRADE SECRET STIPULATION AND PROTECTIVE ORDER** |

The parties hereby stipulate and agree, and request the Court for a stipulated order, as follows:

That the documents produced by J.C. PENNEY CORPORATION, INC. (hereinafter JC PENNEY), in response to Plaintiff's Request for Production Set No. One, are confidential business documents that are privileged and protected by the trade secret privilege and protection, and are otherwise confidential documents based upon federal and state rights, privileges and objections.

That the documents produced by JC PENNEY in response to Plaintiff's First Request for Production of Documents are produced only pursuant to the objections and privileges stated, above, and that all parties stipulated that all documents produced by JC PENNEY in response to Request for Production of Documents No. One from Plaintiff shell be kept strictly confidential,

1  and shall not be used for any purpose other than this immediate litigation, and that all said
2  documents are to be returned to JC PENNEY within 30 days of the conclusion of this litigation,
3  either by settlement and dismissal or by final entered judgment with all appeals exhausted.  The
4  parties further stipulate and agree that any and all filings of these documents referenced herein
5  will be made under seal, if made to the court, and that the parties will not disclose any such
6  documents referenced herein to any third parties or entities without the written consent of JC
7  PENNEY and/or a court order that they do so, except as otherwise compelled and required by
8  law.

9      The parties further stipulate to the court's issuance of a protective order as stated herein,
10 that the documents produced and referenced herein are confidential and shall be maintained
11 specifically as stated herein.

12 Dated:  November 12, 2007                    McCORMICK, BARSTOW, SHEPPARD,
                                                WAYTE & CARRUTH LLP

                                                By:        /s/ Anthony N. DeMaria
                                                            Anthony N. DeMaria
                                                             Kirsten K. Corey
                                                          Attorneys for Defendant
                                                        JC PENNEY CORPORATION, INC.
                                                    (Incorrectly sued herein as J.C. PENNEY
                                                             PROPERTIES, INC.)

19 Dated:  November 12, 2007                    LAW OFFICES OF KEN M. FITZGERALD


                                                By:        /s/ Ken M. Fitzgerald
                                                            Ken M. Fitzgerald
                                                          Attorneys for Plaintiffs
                                                   SARA SANCHEZ and JESS SANCHEZ

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA  93720-1501

2

CONFIDENTIALITY ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1 | Dated:  November 12, 2007                                     BAKER MANOCK & JENSEN

3 |                                                     By:              /s/ Donald Fischbach
4 |                                                              Donald Fischbach
    |                                                   Attorneys for Cross-Defendant JOHNSON
    |                                                                    CONTROLS

7    IT IS ORDERED that the documents produced by JC PENNEY in response to Plaintiff's

8  Request for Production of Documents, Set No. One, are subject to a protective order of this Court,

9  based upon the trade secret privilege and the stipulation of counsel as follows:

10         1.      The documents will not be provided or displayed to any third parties or

11 entities not a party to this litigation absent a Court order, the written consent of JC PENNEY, or

12 other basis compelled by law, and

13         2.      The documents referenced herein will be returned to JC PENNEY by all

14 parties within 30 days of the conclusion of this litigation, either by settlement and dismissal or by

15 final entered judgment with all appeals exhausted, and

16         3.      The parties further stipulate and agree tat any and all filings of these

17 documents referenced herein will be made under seal.

18
19 Dated: November 30, 2007                                      /s/ OLIVER W. WANGER
                                                                 United States District Judge

20 03664/00152-1159994.v1