1 Anthony N. DeMaria, # 177894  (SPACE BELOW FOR FILING STAMP ONLY)
  Kirsten K. Corey, # 210339
2 McCormick, Barstow, Sheppard,
  Wayte & Carruth LLP
3 P.O. Box 28912
  5 River Park Place East
4 Fresno, CA 93720-1501
  Telephone:     (559) 433-1300
5 Facsimile:     (559) 433-2300

6 Attorneys for Defendant
  JC PENNEY CORPORATION, INC. (Incorrectly
7 sued herein as J.C. PENNEY PROPERTIES, INC.)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| SARA SANCHEZ, an individual, and JESS SANCHEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>J.C. PENNEY PROPERTIES, INC.,<br><br>Defendant. | Case No.  1:07-CV-00670-OWW-NEW (WMW)<br><br>**STIPULATION AND ORDER TO DISMISS CROSS-CLAIM** |

    J.C. PENNEY PROPERTIES, INC., hereby requests the dismissal of its Cross-Claim against JOHNSON CONTROLS, INC., and that said dismissal be entered by the Court.

Dated: December 21, 2007         McCORMICK, BARSTOW, SHEPPARD,
                                  WAYTE & CARRUTH LLP


                                  By:      /s/  Anthony N. DeMaria
                                           Anthony N. DeMaria
                                           Kirsten K. Corey
                                       Attorneys for Defendant
                                     J.C. PENNEY CORPORATION, INC.
                                   (Incorrectly sued herein as J.C. PENNEY
                                            PROPERTIES, INC.)


    JOHNSON CONTROLS, INC. hereby stipulates and agrees to the dismissal of the

PDF created with pdfFactory trial version www.pdffactory.com

Cross-Claim filed against it by J.C. PENNEY PROPERTIES, INC., and to the entry of said dismissal.

Dated: December 26, 2007

BAKER, MANOCK & JENSEN

By: /s/ Donald Fishbach
Donald Fischbach
Attorneys for
JOHNSON CONTROLS, INC.

**IT IS HEREBY ORDERED** that the Cross-Claim brought by J.C. PENNEY PROPERTIES, INC. against JOHNSON CONTROLS is dismissed.

Dated: January 2, 2008      /s/ OLIVER W. WANGER
Judge of the United States District Court,
Eastern District of California

03664/00152-1173279.v1

PDF created with pdfFactory trial version www.pdffactory.com