UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SARA SANCHEZ, ET.AL.,              )
                                   )          1:07-CV-00670 OWW GSA
               Plaintiff,          )
                                   )          ORDER DISMISSING ACTION FOR
     v.                            )          FAILURE TO SUBMIT
                                   )          STIPULATED DISMISSAL
J.C. PENNEY PROPERTIES, INC.,      )
 ET.AL.                            )
                                   )
               Defendant.          )
                                   )
                                   )
_____   )

     The parties in this matter having previously notified the

court that a settlement had been reached in this matter, and having

failed to submit a stipulated dismissal as requested;

     IT IS HEREBY ORDERED that this action is dismissed without

prejudice.


IT IS SO ORDERED.

**Dated:   April 11, 2008**                    **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE

1