Anthony N. DeMaria, # 177894
Kirsten K. Corey, # 210339
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
JC PENNEY CORPORATION, INC. (Incorrectly sued herein as J.C. PENNEY PROPERTIES, INC.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| SARA SANCHEZ, an individual, and JESS SANCHEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>J.C. PENNEY PROPERTIES, INC.,<br><br>Defendant. | Case No.  1:07-CV-00670-OWW-NEW (WMW)<br><br>**ORDER TO DISMISS ALL PARTIES** |

The Court, having reviewed the Stipulation of the Parties and the attached Releases and finding good cause, hereby ORDERS as follows:

The matter of SARA SANCHEZ, an individual, and JESS SANCHEZ, an individual v. J.C. PENNY CORPORATION, INC., is dismissed with prejudice, as to all parties.

IT IS HEREBY ORDERED.

Dated: April 24, 2008                             /s/ OLIVER W. WANGER
                                                                District Court Judge

03664/00152-1209119.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA  93720-1501

1:07-CV-00670-OWW-NEW (WMW)

PDF created with pdfFactory trial version www.pdffactory.com